

```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        MAR 1 4 2017

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-CR- 52-KJD-GWF |
| Plaintiff, | ) |
| v. | ) Preliminary Order of Forfeiture |
| RUBEN DELGADILLO, | ) |
| Defendant. | ) |

This Court finds that defendant Ruben Delgadillo pled guilty to Count One of a One-Count Criminal Information charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Ruben Delgadillo agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and the offense to which defendant Ruben Delgadillo pled guilty.

The following assets are (a) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received

in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b) any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(5)(B) or any property traceable to such property, and are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3):

a. 1 PSTN PS3, Black, VIDEO GAME CONSOLE with a power cord serial number CG165163466-CECH-2001A;

b. 1 PSTN PS4, VIDEO GAME CONSOLE with a power cord, Black, serial number MB06B686929;

c. 1 PSTN PS3, VIDEO GAME CONSOLE with a power cord, Black, serial number C3928449288-CECHE01;

d. 1 XBOX XB1, VIDEO GAME CONSOLE with a power cord, Grey, serial number 109049543648;

e. 1 ASUS, laptop with a power cord, Black, serial number 13GNX370P01X-2;

f. 1 Microsoft PRO, Tablet/Laptop computer, Grey, serial number 062137245053;

g. 1 SATA – Silver, UNK HARDDRIVE + ENCLOSURE;

h. 1 TOSHIBA LAPTOP HARD DRIVE, silver, serial number YBMACBNKT;

i. 1 Samsung Laptop Hard Drive, Silver, serial number S313J9FD907843;

j. 8 MISCELLANEOUS THUMB DRIVES;

k. 3 MISCELLANEOUS MEMORY CARDS;

l. External Hard Drive, black, serial number WXN1E84105RV;

m. 1 SD San Disk (256MB) Memory Stick;

n. 1 Kodak 16MB memory card;

o. 1 Kodak 64MB memory card;

p. 1 4GB Micro DS Card with adapter;

q. 1 16GB Micro DS Card with adapter;

r. 1 Samsung cellphone, black, serial number unknown;

  s. 1 Samsung cellphone, grey, serial number 359702060303607;

  t. 1 Sony PS Ulta 8GB SD;

  u. 1 Cricket, black cellphone with black case; and

  v. 1 Apple Mini iPad, serial number DLXJWGVHF194, in a red case

(all of which constitutes property).

  This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Ruben Delgadillo in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    Michael A. Humphreys
>    Assistant United States Attorney
>    Daniel D. Hollingsworth
>    Assistant United States Attorney
>    501 Las Vegas Boulevard South, Suite 1100
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 14th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE