# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN DELGADILLO,

    Defendant.

Case No. 2:17-CR-00052-KJD-GWF

**ORDER**

    Presently before the Court is the Government's Motion to Dismiss the Indictment (#32). Having read and considered the motion, and good cause being found, the motion is granted.

    Accordingly, IT IS HEREBY ORDERED that the Complaint (#1) and Criminal Information (#19) are **DISMISSED** and this action is closed;

    IT IS FURTHER ORDERED that any outstanding motions are **DENIED as moot**.

    DATED this 4th day of October 2017.

_____
Kent J. Dawson
United States District Judge